UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENT MORRIS, | Case No. 3:14-cv-00372-LRH-WGC |
| Petitioner, | |
| | ORDER |
| vs. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Respondents' motion for an extension of time to respond to petitioner's "Stipulation to Have This Court Rule on His Unexhausted Claims" (ECF No. 44) is GRANTED. Respondents shall have up to and including February 15, 2018, within which to file a response to the petitioner's stipulation.

DATED this 16th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE