UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENT MORRIS,<br><br>                             Petitioner,<br>      v.<br>RENEE BAKER, et al.,<br><br>                             Respondents. | Case No. 3:14-cv-00372-LRH-WGC<br><br>ORDER |

      Good cause appearing, respondents' motion for an extension of time to comply with the Court's order of April 10, 2018 (ECF No. 52) is GRANTED. Respondents shall have to and including June 25, 2018, within which to supplement the record as previously directed by the Court.

      DATED this 10th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1