UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENT MORRIS,<br><br>　　　　　　　　Petitioner,<br>v.<br>RENEE BAKER, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:14-cv-00372-LRH-WGC<br><br>ORDER |

Good cause appearing, respondents' motion for an extension of time (ECF No. 54) is GRANTED. Respondents shall have to and including June 25, 2018, within which to file a response to petitioner's motion to stay.

DATED this 24th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1