UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENT MORRIS,<br><br>                Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>                Respondents. | Case No. 3:14-cv-00372-LRH-WGC<br><br>ORDER |

      Good cause appearing, respondents' second motion for enlargement of time to comply with the Court's order of April 10, 2018 (ECF No. 56) is GRANTED. Respondents shall have to and including August 9, 2018, within which to supplement the record as previously directed by the Court.

      DATED this 25th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1