UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENT MORRIS,<br><br>                            Petitioner,<br>     v.<br>RENEE BAKER, et al.,<br><br>                            Respondents. | Case No. 3:14-cv-00372-LRH-WGC<br><br>ORDER |

On July 25, 2018, the Court administratively closed this action while petitioner exhausted his unexhausted claims in state court. (ECF No. 61). Petitioner has completed his state court proceedings and now moves to re-open these federal habeas proceedings. (ECF No. 67). Respondents do not oppose. (ECF No. 68).

IT IS THEREFORE ORDERED that petitioner's motion to reopen this action (ECF No. 67) is GRANTED.

IT IS FURTHER ORDERED that, as the stay is lifted by this order, the Clerk shall REOPEN THE FILE in this action.

IT IS FURTHER ORDERED that respondents shall have sixty days to answer, or otherwise respond to, the amended petition for writ of habeas corpus in this case.

IT IS FURTHER ORDERED that petitioner shall have sixty days following service

1 | of the answer to file and serve a reply brief. If a dispositive motion is filed, the parties
2 | shall brief the motion in accordance with Local Rule 7-2.

3 |     IT IS FURTHER ORDERED that, in any answer filed on the merits, respondents
4 | shall specifically cite to and address the applicable state court written decision and state
5 | court record materials, if any, regarding each claim within the response as to that claim.

6 |     IT IS FURTHER ORDERED that any further state court record and related exhibits
7 | filed herein shall be filed with a separate index of exhibits identifying the exhibits by
8 | number. The CM/ECF attachments that are filed further shall be identified by the number
9 | or numbers of the exhibits in the attachment. If the exhibits filed will span more than one
10 | ECF Number in the record, the first document under each successive ECF Number shall
11 | be either another copy of the index, a volume cover page, or some other document
12 | serving as a filler, so that each exhibit under the ECF Number thereafter will be listed
13 | under an attachment number (*i.e.*, Attachment 1, 2, etc.).

14 |     IT IS FURTHER ORDERED that the hard copy of any exhibits filed by either
15 | counsel shall be delivered -- for this case -- to the Las Vegas Clerk's Office.

16 | DATED this 28th day of May, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE