UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENT MORRIS,<br><br>    Petitioner,<br><br>v.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:14-cv-00372-LRH-WGC<br><br>**ORDER** |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 71) is GRANTED. Respondents will have until September 27, 2019, to answer or otherwise respond to the Amended Petition (ECF No. 25) in this case.

DATED this 5th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE