UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENT MORRIS,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:14-cv-00372-LRH-WGC<br><br>**ORDER** |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 83) is GRANTED.  Respondents have until November 30, 2020,[1] to file and serve an answer to the remaining claims of Petitioner's First Amended Petition for Writ of Habeas Corpus (ECF No. 25).

DATED this 15th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Respondents requested an extension until November 26, 2020; however, that date falls on a federal holiday. For clarity, the Court sets the deadline on the following business day. *See* Fed. R. Civ. P. 6(a)(3).