UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENT MORRIS,<br><br>　　　　　　　　　Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:14-cv-00372-LRH-WGC<br><br>**ORDER** |

　　　Good cause appearing, Respondents' second Motion for Enlargement of Time (ECF No. 85) is GRANTED. Respondents have until January 29, 2021, to file and serve an answer to the remaining claims of Petitioner's First Amended Petition (ECF No. 25).

　　　DATED this 2nd day of December 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE