UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENT MORRIS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:14-cv-00372-LRH-WGC<br><br>**ORDER** |

　　Good cause appearing, IT IS HEREBY ORDERED that Respondents' Motion for Leave to File Second Motion to Dismiss (ECF No. 87) is GRANTED.  Respondents shall file their proposed motion (ECF No. 87-2) on or before February 5, 2021.

　　DATED this 1st day of February, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE